IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH A. WILLIAMS, III, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01699-RLW |
| ) | |
| SYLVIA M. BURWELL, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, and that all other claims against defendants should be dismissed. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment, which has been agreed to by all parties. The parties further request that this joint motion be deemed to satisfy the parties' obligation to file a joint status report on November 5, 2014.

Respectfully submitted this 5th day of November, 2014,

*Attorney for Plaintiffs*

  /s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino
THOMAS MORE LAW CENTER
P.O. Box 393
24 Frank Lloyd Wright Drive
Ann Arbor, MI 48106
(734) 827-2001
Fax: (734) 930-7160
Email: emersino@thomasmore.org

*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ Michelle R. Bennett                  _
MICHELLE R. BENNETT
Trial Attorney (CO Bar No. 37050)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C.  20530
Tel: (202) 305-8902; Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notice of such filing to all parties.

                                                  /s/ Erin Elizabeth Mersino
                                                  Erin Elizabeth Mersino